FILED
MAY - 1 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '08 CR 1386 LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | I N F O R M A T I O N |
| v. | ) | |
| | ) | Title 18, U.S.C., Sec. 1001 - |
| JON CARLOS ROSCO-TELLEZ, | ) | False Statement to a Federal Officer |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 1, 2008, within the Southern District of California, defendant JON CARLOS ROSCO-TELLEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Customs and Border Protection Officer that his name was Gilberto Sanchez-Campos, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: May 1, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
4/24/08