

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JON CARLOS ROSCO-TELLEZ | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 08CR1386-LAB |

I, JON CARLOS ROSCO-TELLEZ , the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/1/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Jon Tellez
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
MAY - 1 2008